**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 405 MAL 2015
                                    :
           Respondent           :
                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court
               v.                 :
                                    :
                                    :
DENNIS L. HARTMAN,            :
                                    :
           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.